Opinion issued May 19, 2011

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


In
The

Court of
Appeals

For
The

First District
of Texas

———————————

NO. 01-10-00106-CV

———————————

Certified EMS, Inc. d/b/a CPnS Staffing, Appellant

V.

Cherie Potts, Appellee



 



 

On Appeal from the 270th District Court

Harris County, Texas



Trial
Court Case No. 2009-42236

 



 

 

CONCURRING OPINION ON REHEARING

          I join the majority opinion.  I write separately to respond to Certified
EMS’s arguments on rehearing that this Court’s opinion in the instant case
conflicts with our opinion in University
of Texas Medical Branch v. Railsback, 259 S.W.3d 860, 864 (Tex. App.—Houston
[1st Dist.] 2008, no pet.).  As the
majority notes, the arguments presented in this case were not presented in Railsback.  However, to the extent Railsback contains language conflicting with today’s holding, I
would disavow such language.  

 

 

                                                                   Terry
Jennings

                                                                   Justice

 

Panel consists of Justices Jennings, Alcala,
and Sharp.

 

Justice Jennings,
concurring.